BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action 1:10-cv-01678-AWI/GSA<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE DATE; [PROPOSED] ORDER RE SAME** |

Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff"), and Defendant United States of America ("United States") stipulate, by and through the undersigned counsel, to extend the deadline for United States to respond to the Complaint to and including December 22, 2010.

The parties further agree to continue the date of the scheduling conference currently set for December 16, 2010, at 9:30 a.m. in Courtroom 10 of the above-entitled court to February 7, 2011 at 9:30 a.m. in Courtroom 10.

The parties base this stipulation on good cause, which includes the need for United States to review the allegations in the Complaint and respond accordingly. The parties agree that this short extension of time for the United States to respond will not cause any prejudice to the parties as this action was recently commenced.

///

1  Accordingly, the parties stipulate and agree to continue the time for the United States to
2  file a responsive pleading to the Complaint and to continue the scheduling conference as
3  specified below, and base it on the above-stated good cause.  The parties request the court to
4  endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| United States' response to Complaint | November 22, 2010 | **December 22, 2010** |
| Scheduling Conference | December 16, 2010 @9:30 a.m. Dept. 10 | **February 7, 2011** @9:30 a.m. Dept. 10 |

Respectfully submitted,

Dated: November 18, 2010                BENJAMIN B. WAGNER
                                        United States Attorney


                            By:   /s/Alyson A. Berg
                                  ALYSON A. BERG
                                  Assistant U.S. Attorney
                                  Attorneys for Defendant
                                  United States of America


                                  Clerkin & Sinclair, LLP
Dated: November 18, 2010

                                   /s/Richard L. Mahfouz, II
                                  Richard L Mahfouz, II
                                  Attorneys for Plaintiff


    IT IS SO ORDERED.

    Dated:   **November 19, 2010**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE DATE; [PROPOSED] ORDER RE SAME