BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action 1:10-cv-01678-AWI/GSA<br><br>STIPULATION FOR TRANSFER OF ACTION |

　　　　Pursuant to 28 U.S.C. § 1404, the parties to this action, Plaintiff State Farm Mutual Automobile Insurance Company and Defendant United States of America, through their respective attorneys of record herein, hereby agree and stipulate to transfer this action to the United States District Court, District of Oregon because it is based on the same facts as *Thorpe, et al. v. United States*, D. Or. Case Number 6:10-CV-6184-HO.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 20, 2011.　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　By:　 /s/ Alyson A. Berg
　　　　　　　　　　　　　　　ALYSON A BERG
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　United States of America

　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　United States of America

1
2  Dated: January 20, 2011                                  Clerkin & Sinclair, LLP
3                                                           /s/ Richard L. Mahfouz, II
                                                            Richard L Mahfouz, II
4                                                           Attorneys for Plaintiff
5
6                                          **ORDER**
7
   IT IS SO ORDERED.
8
9  Dated:   January 23, 2011                          _____
10                                                    CHIEF UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28